**Order entered January 3, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01266-CV

### LANCESHA NORMAN, Appellant

### V.

### NP COMMUNITY DEVELOPMENT D/B/A HEROES HOUSE, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05981-E**

## ORDER

The reporter's record is overdue and Brooke Wagner, Official Court Reporter for County Court at Law No. 5, has informed the Court that appellant has neither requested nor paid for preparation of the record. As appellant filed a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in the trial court on October 17, 2019 and it does not appear any contest was filed, appellant is entitled to proceed without costs. *See* TEX. R. CIV. P. 145(a). Accordingly, we **ORDER** appellant to file, by **January 21, 2020**, written verification that she has requested preparation of the reporter's record. We caution appellant that failure to file the requested verification may result in an order that the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

On the Court's own motion, we **ORDER** Dallas County Clerk John Warren to file, by **January 13, 2020**, a supplemental clerk's record containing the Appeal Bond that was filed in your office on September 27, 2019.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Wagner; Mr. Warren; and, all parties.

/s/     BILL WHITEHILL
JUSTICE